UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 6486**

Mr. Albert Marrero
_____

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

New York City
_____

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes ☐ No
_(check one)_

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

RECEIVED
SDNY PRO SE OFFICE
2012 AUG 23  P 3:30

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name Albert Marrero
              ID # 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 (?)
              Current Institution GMDC
              Address 15-15 Hazen Street
              East Elmhurst, NY 11370

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

_Rev. 05/2007_                                1

Defendant No. 1   Name **Det. Menendez** Shield # _____
Where Currently Employed **75th Precinct**
Address **1000 Sutter Avenue**
**Brooklyn, NY 11207**

Defendant No. 2   Name **District Attorney John Doe** Shield # _____
Where Currently Employed **District Attorney's Office**
Address **Kings County Renaissance place**
**350 Jay Street, 19 Floor**
**Brooklyn, NY 11201**

Defendant No. 3   Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 4   Name _____ Shield # _____
Where Currently Employed _____
Address _____

Defendant No. 5   Name _____ Shield # _____
Where Currently Employed _____
Address _____

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? **N/A**

B.   Where in the institution did the events giving rise to your claim(s) occur? **N/A**

C.   What date and approximate time did the events giving rise to your claim(s) occur? **Dec 22nd 2010, Evening**

Rev. 05/2007

2

D. Facts:

[What happened to you?]
[Who did what?]
[Was anyone else involved?]

While I was incarcerated for a case that had nothing to do with this one, the 75th Precinct sent the Gang Intelligence Unit to re-arrest me for Attempted Assault in the 1st Degree. The person who sent them to re-arrest me was Det. Menendez who works for the 75th Precinct. The situation that allegedly happened was that I shot a guy by the name of Ruben Acevedo. Ruben Acevedo never said I shot him at all. Neither did Rafael Martinez (which was the witness who said he saw me do it.) Rafael Martinez didn't change his statement until 3 weeks later. His original statement that Det. Menendez took from him was that the shooter was darkskin with braids, wearing a white shirt. Three weeks later he came to the precinct and picked me out in a photo array when my picture was showed to him, then he changed his statement. Det. Menendez wrote in his handwritten notes that the shooter was darkskin with braids. In his typed statement he then changed it to lightskin hispanic black / medium complexion as the description of the shooter. He never mentioned darkskin with braids ever again.

[Who else saw what happened?]

In trial during the closing arguments the D.A said to the jury that the victim was shot in the leg from back to front. Meanwhile the victim stated that he was shot in the inner-right leg above the right knee from front to back.

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

N/A

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ___  No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ✓   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ✓   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? N/A

1. Which claim(s) in this complaint did you grieve? N/A

2. What was the result, if any? N/A

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. N/A

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: The reason why I did not file a grievance was because this situation didn't occur in jail.

2. If you did not file a grievance but informed any officials of your claim, state who you

*Rev. 05/2007*                                        4

informed, when and how, and their response, if any:_____

_____ N/A _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

_____ N/A _____

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

I would like 1 million dollars ($1,000,000.00) I would also like an order of protection against all the officers who were involved in this case.

The reason I would like 1 million dollars ($1,000,000.00) is for everyday I was incarcerated which was 17months & 2days. I would also like this amount of money is because of mental anguish and stress. Third reason I would like this amount is because of lost wages. Last reason I would like this amount is because it messed up my chances of finishing school in Co-op Tech for my Certificate of Trade in "Air conditioning and Refridgeration".

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____ N/A
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____ N/A

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

N/A

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of August, 2012.

Signature of Plaintiff   Albert Marrero
Inmate Number   441-10-11431
Institution Address   GMDC
15-15 Hazen Street
East Elmhurst, NY 11370

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 15th day of August, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   Albert Marrero



Albert Marrero, #441-12-11431
CNMSC
15-15 Hazen Street
East Elmhurst, NY 11370

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 230
New York, New York 10007





Albert Marrero, #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
GMDC
15-15 Hazen Street
East Elmhurst, NY 11370

RECEIVED
SDNY PRO SE OFFICE
2012 AUG 23 P 3:29

Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 230
New York, New York 10007